MAYOR AND COMMON COUNCIL OF THE CITY OF NEWARK, PLAINTIFF IN ERROR, v. VIVIAN M. LEWIS, COMMISSIONER OF BANKING AND INSURANCE, ET AL.. DEFENDANTS IN ERROR.

Argued June 18, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported in 53 *Vroom* 279.

For the plaintiff in error, *Herbert Boggs.*

For the defendants in error, *Edmund Wilson* and *Edward D. Duffield.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ. 11.

*For reversal*—None.